**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**
**CENTRAL DIVISION**

| | |
|---|---|
| JARED BILLINGS, ) | Case No. 23-452 |
| ) | Jasper County District Court |
| Plaintiff, ) | Case No. LACV123431 |
| ) | |
| v. ) | |
| ) | |
| CHRISTOPHER CASTER, MIKE HEINRICY, ) | **NOTICE OF REMOVAL TO** |
| DANIEL VENKER, SHAWN HOWARD, ) | **FEDERAL COURT** |
| MICHAEL SHEY, NICHOLAS LAMB, BETH, ) | |
| SKINNER, all in their Individual and Official ) | |
| Capacities with the Iowa Department of ) | |
| Corrections and IOWA DEPARTMENT OF ) | |
| CORRECTIONS, ) | |
| ) | |
| Defendants. ) | |

**COME NOW** Defendants and hereby file this Notice of Removal, removing this case to federal court.

1. On October 24, 2023, Jared Billings ("Plaintiff") filed his Petition at Law and Jury Demand in Iowa District Court for Jasper County, Case No. LACV123431. Service was made on Defendants between October 25, 2023 and November 16, 2023. Defendants have attached complete copies of all process, pleadings, and orders filed in the state case to this Notice, pursuant to Local Rule 81.

2. Plaintiff claims alleged violations of his rights under the United States Constitution, specifically identifying his lawsuit as one brought under 42 U.S.C. §1983.

3. This Court has original subject matter jurisdiction over the federal questions presented in Plaintiff's Petition pursuant to 28 U.S.C. § 1331, which states that "[t]he

district courts shall have original jurisdiction of all civil actions arising under the Constitution, laws, or treaties of the United States."

4. Removal to the United States District Court, Southern District of Iowa, Central Division, is proper, as this is the "district and division embracing the place where such action is pending." *See* 28 U.S.C. § 1441(a).

5. Defendants have filed this Notice of Removal within 30 days of receiving Plaintiff's Petition. As such, removal is timely pursuant to 28 U.S.C. § 1446(b)(1).

6. No other counsel have appeared in state court, pursuant to Local Rule 81.

7. There are no motions pending in the state court that will require resolution by this court, pursuant to Local Rule 81.

8. Defendant will contemporaneously file a copy of this Notice of Removal and attachments in state court pursuant to 28 U.S.C. §1446(d).

WHEREFORE, Defendants pray that this matter be removed to the United States District Court for the Southern District of Iowa, Central Division, and be docketed accordingly.

> BRENNA BIRD
> Attorney General of Iowa
>
> /S/ H. LORAINE WALLACE
> H. LORAINE WALLACE (AT0008209)
> Assistant Attorney General
> H.Wallace@ag.iowa.gov
> Special Litigation/Corrections
> Hoover State Office Building
> Des Moines, IA  50319
> (515) 281-6670
> ATTORNEYS FOR DEFENDANTS

Original filed.

Copy to:
Matthew M. Boles
Adam C. Witosky
Michael Altes
GRIBBLE, BOLES, STEWART & WITOSKY LAW
2015 Grand Avenue, Suite 200
Des Moines, IA 50312

Attorneys for Plaintiff

**Proof of Service**

The undersigned certifies that the foregoing instrument was served upon each of the persons identified as receiving a copy by delivery in the following manner on November 16, 2023.

☐ U.S. Mail            X Electronically
☐ Hand Delivery    ☐ Overnight Courier
☐ Federal Express  ☐ Other

Signature  /s/Jessica R. Porter